UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED** JUL 7 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

*Myron Dion Jackson*

    Defendant,

CASE NUMBER

87-925-M-19

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

---

Upon motion of ___Government___, IT IS ORDERED that a detention hearing is set for ___July 8___, 1987, at ___11:00 a.___ M, before the Honorable ___VENETTA S. TASSOPULOS___, in Courtroom ___"J"___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
                                  (Other custodial officer)

DATED: 7/7/87

_____
U. S. District Judge/Magistrate

ENTERED ON COURTRAN
AUG - 5 1987

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CR-66 (1/86)