UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
JUL 7 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Myron Dion Jackson

    Defendant,

CASE NUMBER

87-925-M-19

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

Upon motion of __Government__, IT IS ORDERED that a detention hearing is set for __July 8__, 19__87__, at __11:00 a.m.__ M, before the Honorable __VENETTA S. TASSOPULOS__, in Courtroom __"J"__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
                        (Other custodial officer)

DATED: 7/7/87

_____
U. S. District Judge/Magistrate

ENTERED ON COURTRAN
AUG - 5 1987

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CR-66 (1/86)