ORIGINAL

FILED
JUL 9 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Myron Jackson ) <br> ) <br> Defendant. ) | 87-925-M-19 <br><br> ORDER OF DETENTION AFTER HEARING <br> [18 U.S.C. § 3142(i)] |

I.

A.  (  ) On motion of the Government involving an alleged

 1. (  ) crime of violence;

 2. (  ) offense with maximum sentence of life imprisonment or death;

 3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

 4. (  ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

ENTERED ON COURTRAN
AUG - 5 1987

-1-

```
        B.  On motion ( ) (by the Government)/( ) (by the Court sua
            sponte involving)
                1.  ( ) serious risk defendant will flee;
                2.  ( ) serious risk defendant will
                    a.  ( ) obstruct or attempt to obstruct
                            justice;
                    b.  ( ) threaten, injure, or intimidate a
                            prospective witness or juror or
                            attempt to do so;
                                II.
    The Court finds no condition or combination of conditions
will reasonably assure:
        A.  ( ) appearance of defendant as required;
                                and/or
        B.  (✓) safety of any person or the community;
                                III.
    The Court has considered:
        A.  (✓) the nature and circumstances of the offense;
        B.  ( ) the weight of evidence against the defendant;
        C.  (✓) the history and characteristics of the defendant;
        D.  (✓) the nature and seriousness of the danger to any
                person or to the community.
                                IV.
    The Court concludes:
        A.  (✓) Defendant poses a risk to the safety of other per-
                sons or the community because: 23 traffic
                violations pending; numerous
                arrests; while on current
```

*probation, convictions*
*for serious offenses.*

B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

_____

_____

_____

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness/juror;

    3. ( ) attempt to threaten, injure or intimidate a witness/juror;

Because: _____

_____

_____

_____

D. (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e). *as to safety*

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons being held pending appeal.

///
///
///

-3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: *July 9, 1987*

*[signature]*
U. S. MAGISTRATE/DISTRICT JUDGE